**Order filed, March 24, 2012.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

————————

## NO. 14-12-00084-CV

————————

### KEN BIGHAM AND TRACY HOLLISTER, Appellant

### V.

### SOUTHEAST TEXAS ENVIRONMENTAL, LLC, ET AL, Appellee

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-55020**

---

## ORDER

The reporter's record in this case was due February 24, 2012, 2012. *See* Tex. R. App. P. 35.1. On September 17, 2012, this court ordered the court reporter to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Michelle Tucker, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. If Michelle Tucker does not timely file the record as

ordered, we will issue a show cause order directing the court reporter to appear before this court on a date certain to show cause why the reporter should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.


PER CURIAM